IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-CR-00037-1-BCW |
| ) | |
| DEANGELO WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is Magistrate Judge Counts' Report and Recommendation (Doc. #89), recommending the Court enter an order finding Defendant Deangelo Williams competent to assist counsel in his defense. The parties waived the filing of any objections to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Counts' findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #89), the Court finds Defendant is COMPETENT to assist counsel in his defense. It is further

ORDERED Magistrate Judge Counts' Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: May 17, 2023      /s/ Brian C. Wimes
                         JUDGE BRIAN C. WIMES
                         UNITED STATES DISTRICT COURT